```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 34035
   LASHAWN MCKETHAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7118

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/14/2004 and was confirmed 12/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  21.64% from remaining funds.

      The case was paid in full 04/07/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
 AMERICREDIT FINANCIAL SV SECURED             8500.00         906.82        8500.00
 INTERNAL REVENUE SERVICE NOTICE ONLY       NOT FILED            .00            .00
 INTERNAL REVENUE SERVICE UNSECURED OTH       347.54             .00          75.22
 AT&T BROADBAND           UNSECURED         NOT FILED            .00            .00
 AT & T BANKRUPCTY        UNSECURED         NOT FILED            .00            .00
 CITY OF CHICAGO PARKING  UNSECURED            470.00            .00         101.72
 COMCAST                  UNSECURED         NOT FILED            .00            .00
 AT & T BANKRUPCTY        NOTICE ONLY       NOT FILED            .00            .00
 EDWARD HOSPITAL          UNSECURED         NOT FILED            .00            .00
 KUNTZ & KUNTZ            UNSECURED            889.82            .00         192.57
 MONEY CONTROL            NOTICE ONLY       NOT FILED            .00            .00
 PEOPLES GAS LIGHT & COKE UNSECURED                .00           .00            .00
 RISK MGMT ALT            NOTICE ONLY       NOT FILED            .00            .00
 AT & T BANKRUPCTY        UNSECURED         NOT FILED            .00            .00
 JEFFERSON CAPITAL SYSTEM UNSECURED            1270.51           .00         274.96
 SPRINT                   UNSECURED         NOT FILED            .00            .00
 UNIVERSITY OF CHICAGO HO UNSECURED         NOT FILED            .00            .00
 UNIVERISTY OF CHICAGO    NOTICE ONLY       NOT FILED            .00            .00
 ECAST SETTLEMENT CORP    UNSECURED             354.22           .00          76.66
 AMERICREDIT FINANCIAL SV UNSECURED            8849.49           .00        1915.21
 RESURGENT ACQUISITION LL UNSECURED            2375.49           .00         514.10
 RICHARD S BASS           DEBTOR ATTY         1,950.00                     1,950.00
 TOM VAUGHN               TRUSTEE                                             892.74
 DEBTOR REFUND            REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                    15,400.00

 PRIORITY                                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 34035 LASHAWN MCKETHAN
```

```
SECURED                                                          8,500.00
    INTEREST                                                       906.82
UNSECURED                                                        3,150.44
ADMINISTRATIVE                                                   1,950.00
TRUSTEE COMPENSATION                                               892.74
DEBTOR REFUND                                                          .00
                                    ---------------         ---------------
TOTALS                                   15,400.00               15,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/29/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```